**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIKE LIN,<br><br>            Petitioner,<br><br>     v.<br><br>LORETTA LYNCH et al.,<br><br>            Respondents. | Case No. CV 15-6520-DSF (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

    The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that the Petition is denied and Judgment be entered dismissing this action.

DATED: March 30, 2016

_____
DALE S. FISCHER
U.S. DISTRICT JUDGE