# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE LIN,<br><br>          Petitioner,<br><br>     v.<br><br>LORETTA LYNCH et al.,<br><br>          Respondents. | Case No. CV 15-6520-DSF (JPR)<br><br>**J U D G M E N T** |

Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: March 30, 2016

_____
DALE S. FISCHER
U.S. DISTRICT JUDGE